UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUDITH ALAMO,

    Plaintiff,

v.                                          Case No.  8:10-cv-711-T-30TBM

PRUDENTIAL INSURANCE COMPANY
OF AMERICA,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Unopposed Motion to Dismiss With Prejudice (Dkt. #8).

Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     The Unopposed Motion to Dismiss With Prejudice (Dkt. #8) is GRANTED.

2.     This cause is dismissed with prejudice, with each party to bear her/its own attorney's fees and costs.

3.     All pending motions are denied as moot.

4.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on September 28, 2010.

                                                      JAMES S. MOODY, JR.
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-711.dismiss 8.wpd